433 A.2d 102

Commonwealth v. Donaldson, Appellant.

Petition for Allowance of Appeal Denied July 17, 1981.

Submitted September 11, 1980.
Arthur J. King, Assistant Public Defender, for appellant; John T. Salvucci, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.